# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

OELRICH CONSTRUCTION, INC.,

    Plaintiff,

vs.                                                              CASE NO. 1:20-cv-169-RH-GRJ

PRC PRECAST, LLC,

    Defendant/Counter-Plaintiff.

vs.

OELRICH CONSTRUCTION, INC.,

    Counter-Defendant.

_____/

## NOTICE OF APPEAL

NOTICE IS GIVEN that Plaintiff/Counter-Defendant, Oelrich Construction, Inc., appeals to the United States Court of Appeals for the Eleventh Circuit the Order on Entitlement to Attorney's Fees and Costs, dated March 8, 2022 (Doc. 112). *See* 28 U.S.C. § 1291. This notice is timely as it is being filed within 30 days of the entry of the order appealed from. *See* Fed. R. App. P. 4(a)(1)(A).

                                              **Warner, Sechrest & Butts, P.A.**

                                              */s/ Robert P. Butts*
                                              **Robert P. Butts, Esq.**
                                              Florida Bar No. 0096989
                                              **Michael D. Sechrest, Esq.**
                                              Florida Bar No. 0150710
                                              **Sean G. Hipworth, Esq.**

        Florida Bar No.: 121246
        5200 SW 91st Terrace, Suite 101
        Gainesville, FL 32608
        T: (352) 373-5922
        F: (352) 373-5921
        Counsel for the Plaintiff/Counter-Defendant, OELRICH CONSTRUCTION, INC.
        ***Designated Email Addresses*:**
        RButts@fbswlaw.com
        Sechrest@fbswlaw.com
        SHipworth@fbswlaw.com
        Lisa@fbswlaw.com
        LTraino@fbswlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system to Counsel for the Defendant, PRC PRECAST, LLC: D. Joseph Darr, Esq. (djd@kirwinnorris.com).

2