# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

OELRICH CONSTRUCTION, INC., a
Florida profit corporation,
    Plaintiff,

                                Case No.:   1:20-cv-169-RH-GRJ

vs.

PRC PRECAST, LLC, a South Carolina
limited liability company,
    Defendant.
_____/

## OELRICH CONSTRUCTION INC.'S NOTICE OF FILING TRANSCRIPT ORDER INFORMATION FORM

Plaintiff, Oelrich Construction, Inc. ("Oelrich") gives notice of filing the attached Transcript Order Information per the Appeal Instructions.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 5, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will case the foregoing to be sent via email to the following registered participants:

    Counsel for the Defendant, PRC PRECAST, LLC: D. Joseph Darr,
    Esq. (djd@kirwinnorris.com)

                                                    **Warner, Sechrest & Butts, P.A.**

                                                    */s/ Robert P. Butts*
                                                    **Robert P. Butts, Esq.**

Florida Bar No.: 0096989
**Sean G. Hipworth, Esq.**
Florida Bar No.: 121246
**Stephanie N. Hines, Esq.**
Florida Bar No.: 98896
5200 SW 91st Terrace, Suite 101
Gainesville, FL 32608
T: (352) 373-5922
F: (352) 373-5921
Counsel for the Plaintiff, OELRICH CONSTRUCTION, INC.
*Designated Email Addresses:*
RButts@fbswlaw.com
Lisa@fbswlaw.com
SHipworth@fbswlaw.com
SHines@fbswlaw.com

# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

## PART I.      TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk and the Court of Appeals Clerk within 14 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: Oelrich Construction, Inc. vs PRC Precast, LLC

District Court No.: 1:20-cv-169-RH-GRJ    Date Notice of Appeal Filed: 3/18/2022    Court of Appeals No.: 22-10898
(If Available)

CHOOSE ONE:    ☐ No hearing    ☐ No transcript is required for appeal purposes    ■ All necessary transcript(s) on file
☐ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:*

                 HEARING DATE(S)      JUDGE/MAGISTRATE      COURT REPORTER NAME(S)

☐ Pre-Trial Proceedings_____

☐ Trial_____

☐ Sentence_____

☐ Plea_____

☐ Other_____

## METHOD OF PAYMENT:

☐ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐ CRIMINAL JUSTICE ACT. My completed AUTH-24 requesting authorization for government payment of transcripts has been uploaded in eVoucher and is ready for submission to the magistrate judge or district judge [if appointed by the district court] or to the circuit judge [if ordered by or appointed by the circuit court]. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on the AUTH-24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: _____

Name of Firm: _____

Address: _____

E-mail: _____ Phone No.: _____

*I certify that I have completed and filed PART I with the District Court Clerk and the Court of Appeals Clerk, sent a copy to the appropriate Court Reporter(s) if ordering a transcript, and served all parties.*

DATE: April 5, 2022    SIGNED: Dimitrios A. Peteves    Attorney for: Oelrich Construction, Inc.

## PART II.      COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file with the District Court Clerk within 14 days of receipt. The Court Reporter shall send a copy to the Court of Appeals Clerk and to all parties.*

Date Transcript Order received:_____

☐ Satisfactory arrangements for paying the cost of the transcript were completed on:_____

☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days:_____    Estimated no. of transcript pages:_____    Estimated filing date:_____

DATE:_____    SIGNED:_____    Phone No.:_____

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript._____

## PART III.    NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a copy to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date):_____

Actual No. of Volumes and Hearing Dates:_____

Date:_____    Signature of Court Reporter:_____

Rev. 12/17